United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| James Watson, Plaintiff,<br><br>v.<br><br>864 Commerce St, LLC, dba Abbale Telavivian Kitchen, Defendant. | ) ) ) ) ) ) | Civil Action No. 24-24285-Civ-Scola |

**Order of Dismissal**

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 13.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on December 18, 2024.

Robert N. Scola, Jr.
United States District Judge